### STATE OF FLORIDA, ex rel J. M. BRISTER, v. MRS. J. M. (CORINNE) BRISTER.

29 So. (2nd) 699     January Term, 1947
March 28, 1947     Division B

*Will O. Murrell, Reuben A. Garland* (Atlanta, Georgia) and *William Hall* (Atlanta, Georgia), for appellant.

*Sherwood Spencer* and *Ellis & Spencer,* for appellee.

PER CURIAM:

There is no order allowing this appeal from a judgment in habeas corpus as required by Section 79.11, Fla. Stat. 1941, F.S.A., therefore we are without jurisdiction to review the judgment and the appeal is dismissed upon authority of Ex parte Finch, 15 Fla. 630; Wright et al. v. State, 32 Fla. 472, 14 So. 43; State ex rel Wilson v. Quigg, 154 Fla. 348, 17 So. 2d. 697.

Appeal dismissed.

THOMAS, C.J., BUFORD and ADAMS, JJ., and HARRY N. SANDLER, Associate Justice, concur.